AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Bruce Waples
Plaintiff

V.

Robert George
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:    - 0 6 -   6 5 7

I, Bruce Waples _____ declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant   ☐ Other in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?  ☑ Yes ☐ No (If "No" go to Question 2)

     If "YES" state the place of your incarceration

     Are you employed at the institution?   ☑ Yes ☐ No

     Do you receive any payment from the institution?   ☐ Yes ☑ No          PD scanned

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger
sheets are not required for cases filed pursuant to 28·USC §2254.*

2.   Are you currently employed?  ☐ Yes ☐ No

     a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period and
     give the name and address of your  employer.

     b.  If the answer is "NO" state the date of your last employment, the amount of your take-home
     salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

| | | |
|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes ☐ No |
| b. | Rent payments, interest or dividends | ☐ Yes ☐ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes ☐ No |
| d. | Disability or workers compensation payments | ☐ Yes ☐ No |
| e. | Gifts or inheritances | ☐ Yes ☐ No |
| f. | Any other sources | ☐ Yes ☐ No |

     If  the answer to any of the above is "YES" describe each source of money and state the amount
     received *AND* what you expect you will continue to receive.

4.    Do you have any cash or checking or savings accounts?    ☐ Yes ☑ No

If "Yes" state the total amount $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
other valuable property?                                   ☐ Yes ☑ No

If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute to their support, *OR* state *NONE* if applicable.

C₁        R               455 / month
N        . ᴣ

I declare under penalty of perjury that the above information is true and correct.

Date: 10-10-06              Signature of Applicant _Bruce Waples_


# SEE ATTACHED
# SIX MONTH STATEMENT

INMATE ACCOUNT STATEMENT

| **Bruce Waples** | **21-Jul-06** |
|---|---|
| NAME | SCCC ADMIT DATE |

| **170369** | |
|---|---|
| SBI# | DATE RELEASED |

| DATE | *DEPOSITS* | Type of Deposit | *DISBURSE MENT* | Type of Disburs. | | BALANCE |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | . | | $0.00 |
| 7/21/2006 | $32.49 | SCI | $0.00 | | $0.00 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| | $0.00 | | $0.00 | | $32.49 | $32.49 |
| TOTAL | $32.49 | | $0.00 | | | $32.49 |

**$0.00**
OPENING BALANCE
**$32.49**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B          room/board owed from previous visits to SWRU
MED =        Visits to medical
TRANS =      transportation owed from previous visits
P2 =         Pay to's submitted thru business office
DG  =        Dollar General/commissary
TRANSF       Transfers to Other Institutions
SP. COURT    Superior Court
**TYPE OF DEPOSITS**
M/O  =       money orders received outside of institution
B/R  =       booking and receivng
CK =         checks
CASH
I / W =      inmate wages

JUL 2 4 2006

BD Scanned

VIOLATION OF PROBATION/SCCC

*Robert George*

## REQUEST FORM
### FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Waples , Bruce    L.        SBI Number: 00170369
　　　　　　　(Last)　　　(First)　　(M.I.)

Housing Unit:  SVOP  Pod 7

••••••••••••••••••••••••••••••••••••••••••••••••••••••

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____
Inmate Signature

_____
Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office:  10/5/06 .

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: Waples, Brua    L.
　　　　　　　　　　(Last)　　(First)　　(M.I.)
　　　　SBI Number: 00170369
　　　　Housing Unit: VOP  Pod 7

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account

••••••••••••••••••••••••••••••••••••••••••••••••••••••

Attached is your account statement for the six month period of  July  2006
through Oct 6 , 2006.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $  32.49  .

Attachment

_____
Notary