(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Bruce Waples
(Enter above the full name of the plaintiff in this action)

V.

Robert George

_____

(Enter above the full name of the defendant(s) in this action

- 0 6 - 6 5 7

RECEIVED
OCT 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned
IFP

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [✓]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ✓ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ✓ ] No [ ]

C. If your answer is YES,

1. What steps did you take? (Filed A Grievance) Seek medical help

2. What was the result? None

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Bruce Waples

Address  23207 Dupont Blvd Georgetown De 19947

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  Robert George  is employed as

Warden  at  SCCC

C.  Additional Defendants _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 10-5-06 Approx 11:30 Am plaintiff was operating Defendant wood splitter at SCCC. Wood splitter kicked back and caused plaintiff physical injury. Plaintiff was taken to Beebe Medical Center Emergency Room Witness: Cecil Widgeon SBI# 00282641

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

That the Defendant be brought before the court for Compensatory Damages Against Plaintiff (50,000)

Signed this _10_ day of _October_, 2006.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-10-06                _____
Date                    (Signature of Plaintiff)



SBI# 170369
Bruce Waples
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N King Street
Wilmington Delaware 19801

Legal MAIL