IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRUCE L. WAPLES,            )
                            )
       Plaintiff,          )
                            )
       v.                  ) Civil Action No. 06-657 GMS
                            )
WARDEN ROBERT GEORGE,       )
                            )
       Defendants.         )

**AUTHORIZATION**

FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

    I, Bruce L. Waples, SBI #170369 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *November 2*, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *Nov. 22*, 2006.

                                            */s/ Bruce Waples*
                                            Signature of Plaintiff



I/M: Bruce Waples BLDG: W Hu 526 SBI 170369
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
US District Court
Lockbox 18
844 N King Street
Wilmington De
19801